RECEIVED

MAR 1 2 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY: _____

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Clerk's Office
A True Copy

March 12, 2012

Deputy Clerk U. S. District Court
Western District of Louisiana
Shreveport, LA

**IN RE: ACTOS (PIOGLITAZONE) PRODUCTS**
**LIABILITY LITIGATION**

MDL No. 2299

(SEE ATTACHED SCHEDULE)

**FILED**

**Mar 12, 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO−10)**

On December 29, 2011, the Panel transferred 11 civil action(s) to the United States District Court for the Western District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2011). Since that time, 149 additional action(s) have been transferred to the Western District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Rebecca F Doherty.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Louisiana and assigned to Judge Doherty.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Louisiana for the reasons stated in the order of December 29, 2011, and, with the consent of that court, assigned to the Honorable Rebecca F Doherty.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 12, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ACTOS (PIOGLITAZONE) PRODUCTS
LIABILITY LITIGATION**                              MDL No. 2299

**SCHEDULE CTO−10 − TAG−ALONG ACTIONS**

Assigned Western District of
Louisiana
Civil Action          **DIST**    **DIV.**    **C.A.NO.**    **CASE CAPTION**
number:

                     CALIFORNIA EASTERN

6:12-cv-00648   CAE      2      12−00531     Thomsen et al v. Takeda Pharmaceuticals America,
                                            Inc. et al